UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3231
_____

DEBORAH GROSS-QUATRONE,
                              Appellant

v.

JUDGE BONNIE MIZDOL; DIANA MOSKAL;
LAURA SIMOLDONI; JOHN DOE 1-10; JANE DOE 1-10
_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-17-cv-13111)
District Judge: Honorable Susan D. Wigenton
_____

Submitted pursuant to Third Circuit L.A.R. 34.1(a)
April 23, 2020
_____

Before: AMBRO, SHWARTZ, and BIBAS, Circuit Judges

_____

JUDGMENT
_____

     This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on April 23, 2020 pursuant to Third Circuit Local Appellate Rule 34.1(a).

     On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on September 24, 2019 is hereby

2

AFFIRMED IN PART, VACATED IN PART, AND REMANDED. Each side shall bear their own costs. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 27, 2020