# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH GROSS-QUATRONE<br><br>Plaintiff,<br><br>v.<br><br>BONNIE MIZDOL, DIANA MOSKAL, LAURA SIMOLDONI, and JOHN and JANE DOE 1-10,<br>Defendants. | Civ. A. No. **2:17-cv-13111-MCA-LDW**<br><br>**[PROPOSED] ORDER PURSUANT TO LOCAL CIVIL RULE 79.4** |

On May 19, 2020, this matter was remanded from United States Court of Appeals for the Third Circuit. The Third Circuit held that the order of this Court entered on September 24, 2019 dismissing this action was affirmed in part, vacated in part and remanded the matter. As a result, Plaintiff may proceed on several claims set forth in Plaintiff's Second Amended Complaint.

IT IS HEREBY ORDERED:

1) This matter shall be reinstated to the Court's active docket;

2) Defendants shall answer Plaintiff's Second Amended Complaint within 14 days of the date of this Order; and

3) The Court will set a scheduling conference for _____ ___, 2020.

BY THE COURT:

_____

Dated: May ___, 2020.