# THE DWYER LAW FIRM, L.L.C.

550 BROAD STREET, SUITE 704
NEWARK, NEW JERSEY 07102

**ANDREW DWYER***

*ALSO ADMITTED IN NEW YORK

(973) 242-3636
FAX (973) 242-3399
www.thedwyerlawfirm.com

SOUTHERN NEW JERSEY OFFICE
129 S. MAIN STREET
PLEASANTVILLE, NEW JERSEY 08232
(609) 277-7684
FAX (609) 867-6820

**SPECIAL COUNSEL
JONATHAN E. DIEGO**
www.diegonewjerseylawyer.com

PLEASE REPLY TO NEWARK OFFICE

"LAWYERS WORKING FOR WORKING PEOPLE"™

August 23, 2021

**VIA ECF**

Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Bldg.
    & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>   Re:   **Deborah Gross-Quatrone v. Bonnie Mizdol, et al.,**
>          **Civil Action No. 17-cv-13111 (JXN) (LDW)**

Dear Judge Neals:

Along with Ralph Ferrara and Kevin Kotch of The Ferrara Law Group, I am co-counsel for plaintiff the Hon. Deborah Gross-Quatrone in this action. This is an employment action alleging defendants discriminated against plaintiff and subjected her to a hostile work environment based on gender.

On August 10, 2021, pursuant to L. Civ. R. 72.1(c)(1)(A), we filed on the ECF system a motion to appeal a July 27, 2021 ruling of the Hon. Leda Dunn Wettre, U.S.M.J., which is presently returnable before Your Honor on September 7, 2021. Essentially, the motion sought to require defendants to produce a report concerning plaintiff by Christine S. Ghilain, Ph.D., prior to holding plaintiff's deposition in this matter.

Hon. Julien Xavier Neals, U.S.D.J.
August 23, 2021
Page 2 of 2

Last Friday, August 20th, defense counsel produced the Ghilain report. I believe defense counsel's production of the Ghilain report renders our motion before Your Honor as moot. Therefore, with this letter, we are withdrawing our motion to appeal Judge Wettre's ruling.

Thank you for Your Honor's courtesies.

Respectfully submitted,

THE DWYER LAW FIRM, L.L.C.

*/s/ Andrew Dwyer*

Andrew Dwyer

Cc: William Tambussi (via email)
Kathleen Dohn (via email)
Kayla Louis (via email)
Ralph Ferrara (via email)
Kevin Kotch (via email)