IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH GROSS-QUATRONE<br><br>Plaintiff,<br><br>v.<br><br>BONNIE MIZDOL, DIANA MOSKAL,<br>LAURA SIMOLDONI, and JOHN and<br>JANE DOE 1-10,<br><br>Defendants. | Civ. A. No. 2:17-cv-13111-SDW-LDW<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

TO THE CLERK OF THE COURT:

Kindly substitute attorney Ralph P. Ferrara, Esquire and the Ferrara Law Group, P.C. as new counsel for Plaintiff Honorable Deborah Gross-Quatrone.

Dated: September 22, 2022

*NEW COUNSEL*

**FERRARA LAW GROUP**
By: */s/ Ralph P. Ferrara*
RALPH P. FERRARA, ESQUIRE
1 Holtec Drive, Suite G102
Marlton, New Jersey 08053
(609) 571-3738

Dated: September 22, 2022

*WITHDRAWING COUNSEL*

**THE DWYER LAW FIRM, L.L.C.**
By:
ANDREW DWYER, ESQUIRE
550 Broad Street, Suite 704
Newark, New Jersey 07102