# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Kathleen E. Dohn, Esq.
kdohn@brownconnery.com

January 19, 2023

**Via Electronic Filing**
Honorable Leda Dunn Wettre, U.S.M.J
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:  **Deborah Gross-Quatrone v. Bonnie Mizdol, et al.**
            **Docket No.: 2:17-cv-13111-SDW-LDW**

Dear Judge Wettre:

      We represent the Defendants in the above matter and submit this joint letter in advance of the status conference scheduled before your Honor on January 20, 2023. The parties have confirmed the IME of Plaintiff with Dr. Kenneth Weiss will occur on Wednesday, February 8, 2023, at 1:00 p.m. We have further agreed that the IME will be held in Newark. Our office is in the process of securing a location and will provide that to Plaintiff as soon as it is secured. As the date for Plaintiff's IME is now confirmed, the parties do not wish to change the proposed Amended Scheduling Order, which was submitted on January 9, 2023, a copy of which is included herewith for ease of reference.

                                           Respectfully submitted,
                                           **BROWN & CONNERY, LLP**

                                           *s/ Kathleen E. Dohn*
                                           Kathleen E. Dohn

cc:    Ralph Ferrara, Esquire *(via electronic mail)*
         Kevin Kotch, Esquire *(via electronic mail)*
         William Tambussi, Esquire *(via electronic mail)*
         Kayla Louis, Esquire *(via electronic mail)*

7JI1418