# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH GROSS-QUATRONE,<br><br>Plaintiff,<br><br>vs.<br><br>BONNIE MIZDOL, DIANA MOSKAL, LAURA SIMOLDONI, and JOHN and JANE DOE 1-10,<br><br>Defendants. | Civil Action No. 2:17-cv-13111-SDW-LDW<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 12, 2023 status conference before the undersigned, and for good cause shown;

**IT IS** on this _____ day of _____, 2023, **ORDERED** that the Pretrial Scheduling Order entered November 5, 2021 (ECF No. 159), as subsequently amended, is hereby further amended as follows:

1. All affirmative expert reports shall be served on or before March 6, 2023;

2. All rebuttal expert reports shall be served on or before April 20, 2023;

3. All expert depositions shall be conducted by June 20, 2023;

4. In the event the parties agree any additional depositions are necessary following any IMEs of the Plaintiff, any such depositions shall be conducted by June 20, 2023. This does not preclude either party from objecting to any additional depositions or other discovery; and

5. Dispositive motions shall be filed on or before June 30, 2023.

_____
**Honorable Leda Dunn Wettre**
**United States Magistrate Judge**

7JC0172