# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Kathleen E. Dohn, Esq.
kdohn@brownconnery.com

May 2, 2023

**Via Electronic Filing**
Honorable Leda Dunn Wettre, U.S.M.J
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   **Deborah Gross-Quatrone v. Bonnie Mizdol, et al.**
              **Docket No.: 2:17-cv-13111-SDW-LDW**

Dear Judge Wettre:

    A telephonic status conference is scheduled in the above matter on May 9, 2023 at 2:30 p.m. Defendants submit this letter in response to Your Honor's February 22, 2023 Order requiring the parties to submit concise status letters in advance of the conference.

    Plaintiff produced her expert report of Dr. Joseph Acquaviva on April 25, 2023. Defendants' expert report is due on May 24, 2023. The parties are in the process of scheduling expert depositions which are to be completed by July 10, 2023. Please do not hesitate to have your chambers contact me with any questions or concerns.

                                  Respectfully submitted,
                                  **BROWN & CONNERY, LLP**

                                  *s/ Kathleen E. Dohn*
                                  Kathleen E. Dohn

cc:   Ralph Ferrara, Esquire (*via electronic mail*)
       Kevin Kotch, Esquire (*via electronic mail*)
       William Tambussi, Esquire (*via electronic mail*)
       Kayla Louis, Esquire (*via electronic mail*)

7KL7907