

**Other Orders/Judgments**
2:17-cv-13111-JXN-LDW
GROSS-QUATRONE v. MIZDOL et al

RULE16,SCHEDO

# U.S. District Court

## District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/19/2023 at 4:54 PM EDT and filed on 5/19/2023
**Case Name:** GROSS-QUATRONE v. MIZDOL et al
**Case Number:** 2:17-cv-13111-JXN-LDW
**Filer:**
**Document Number:** 200

**Docket Text:**
**ORDER REFERRING CASE to Mediation. The parties are directed to proceed to mediation before their mutually chosen mediator; the parties shall complete mediation on or before August 31, 2023; the parties shall appear for a telephonic status conference before the undersigned on September 18, 2023 at 3:30 p.m. The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Signed by Magistrate Judge Leda D. Wettre on 5/19/2023. (sm)**

**2:17-cv-13111-JXN-LDW Notice has been electronically mailed to:**

KATHLEEN ELIZABETH DOHN     kdohn@brownconnery.com, cclair@brownconnery.com, ddadario@brownconnery.com, JEvans@brownconnery.com

KAYLA LUCINDA LOUIS     klouis@brownconnery.com, jevans@brownconnery.com

KEVIN J. KOTCH     kevin@ferraralawgp.com, lori@ferraralawgp.com, sandy@ferraralawgp.com

MICHAEL JOSEPH MILES     mmiles@brownconnery.com, kmurchison@brownconnery.com

RALPH P. FERRARA     ralph@ferraralawgp.com, lori@ferraralawgp.com, sandy@ferraralawgp.com

SANDRA MARIE GUAGE     sguage@briellelaw.com, kdavis@briellelaw.com

WILLIAM M. TAMBUSSI     wtambuss@brownconnery.com, mdipiero@brownconnery.com

**2:17-cv-13111-JXN-LDW Notice has been sent by regular U.S. Mail:**

ANTHONY J. ZARILLO , JR
STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
25 MARKET STREET
2ND FLOOR WEST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH GROSS-QUATRONE,<br><br>Plaintiff,<br><br>v.<br><br>BONNIE MIZDOL, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>17-13111 (JXN) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a May 9, 2023 telephone conference before the undersigned; and the parties having informed the Court that they intend to pursue private mediation; and for good cause shown;

**IT IS** on this day, May 19, 2023, **ORDERED** that:

1. The parties are directed to proceed to mediation before their mutually chosen mediator.

2. The parties shall complete mediation on or before **August 31, 2023**.

3. The parties shall appear for a telephonic status conference before the undersigned on **September 18, 2023 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                            *s/ Leda Dunn Wettre*
                                            Hon. Leda Dunn Wettre
                                            United States Magistrate Judge