# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Kathleen E. Dohn, Esq.
kdohn@brownconnery.com

October 5, 2023

**Via Electronic Filing**
Honorable Leda Dunn Wettre, U.S.M.J
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   **Deborah Gross-Quatrone v. Bonnie Mizdol, et al.**
              **Docket No.: 2:17-cv-13111-SDW-LDW**

Dear Judge Wettre:

      A telephonic status conference is scheduled in the above matter on October 17, 2023 at 3:30 p.m. Defendants submit this letter in response to Your Honor's September 1, 2023 Order requiring the parties to submit concise status letters in advance of the conference.

      The parties attended mediation on June 30, 2023 with Judge Dennis Cavanaugh (Ret.) in lieu of Maureen Binetti, Esq. who was assigned by the Court in the matter pending in State Court. Settlement negotiations thereafter continued between the parties until approximately September 15, 2023 and were ultimately unsuccessful. Defendants have requested Plaintiff provide dates for the depositions of Dr. Lange, Dr. Acquaviva, and Dr. Shaari.

      Please do not hesitate to have your chambers contact us with any questions or concerns.

                              Respectfully submitted,
                              **BROWN & CONNERY, LLP**
                              *s/ Kathleen E. Dohn*
                              Kathleen E. Dohn

cc:   Ralph Ferrara, Esquire *(via electronic mail)*
       Kevin Kotch, Esquire (*via electronic mail*)
       William Tambussi, Esquire (*via electronic mail*)
       Kayla Louis, Esquire (*via electronic mail*)

7M71657