# Ferrara Law Group, P.C.



October 16, 2023

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King Bldg & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      RE:    Deborah Gross-Quatrone v. Bonnie Mizdol, et al.
              Docket No. 2:17-cv-13111-SDW-LDW

Dear Judge Wettre:

     I apologize for not getting this letter to you earlier, but my entire office has been preparing for various trials this month and I wanted to respond to Ms. Dohn's letter to you of October 5th, as plaintiff also wishes to file a motion for summary judgment as to liability. We will be available to discuss further at the scheduled conference.

     Thank you for your attention.

                                            Respectfully yours,

                                            **FERRARA LAW GROUP, P.C.**

                                            /s/ *Ralph P. Ferrara*

                                            RALPH P. FERRARA

RPF/sjg
cc:    Kathleen Dohn, Esquire