# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH GROSS-QUATRONE,<br><br>Plaintiff,<br><br>v.<br><br>BONNIE MIZDOL, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>17-13111 (MEF) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a November 14, 2023 settlement conference before the undersigned, and for good cause shown,

**IT IS, on this 14th day of November 2023, ORDERED** that the Pretrial Scheduling Order entered September 11, 2020 (ECF No. 67), as subsequently amended, is hereby further amended as follows:

1. Defendants may file a motion for summary judgment on or before **January 12, 2024**.

2. Depositions of expert witnesses (which pertain solely to damages) shall be completed on or before **March 14, 2024**.

           *s/ Leda Dunn Wettre*
           Hon. Leda Dunn Wettre
           United States Magistrate Judge