

# Ferrara Law Group, P.C.

November 15, 2023

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King Bldg & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** _____11/17/2023_____

RE:   Deborah Gross-Quatrone v. Bonnie Mizdol, et al.
        Docket No. 2:17-cv-13111-SDW-LDW

Dear Judge Wettre:

In reviewing your Scheduling Order from yesterday, I refer Your Honor to ECF No. 206 wherein plaintiff also requested leave to file for summary judgment.  We are prepared to do so within the time frames set forth in your Order so unless further clarification or discussion is necessary, we ask that the Scheduling Order be so amended.**

Respectfully yours,

**FERRARA LAW GROUP, P.C.**

*/s/ Ralph P. Ferrara*

RALPH P. FERRARA

RPF/lrp

** Plaintiff may file a cross-motion for summary judgment in conjunction with her opposition to Defendants' motion for summary judgment.

1 Holtec Drive, Suite G102 • Marlton, NJ 08053 • Tel: (609) 571-3738 • Fax: (609) 498-7440

New Jersey ◆ Philadelphia

1845 Walnut Street, 25th Floor • Philadelphia, PA 19103 • *please direct all mail to our New Jersey office

www.ferraralawgp.com