# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Kathleen E. Dohn, Esq.
kdohn@brownconnery.com

February 8, 2024

**Via E-Filing**
**Honorable Michael E. Farbiarz, U.S.D.J.**
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:  Deborah Gross-Quatrone v. Bonnie Mizdol, et al.**
> **Docket No.: 2:17-cv-13111-SDW-LDW**

Dear Judge Farbiarz:

We represent the Defendants in the above matter.  On January 12, 2024, Defendants filed a Motion for Summary Judgment which is presently returnable on February 20, 2024.  Defendants respectfully request a one-cycle adjournment of this Motion to March 4, 2024, making Defendants' reply brief due on February 26, 2024.  Counsel for Plaintiff consents to this request.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,
**BROWN & CONNERY, LLP**
s/ Kathleen E. Dohn
Kathleen E. Dohn

KED/KLL
cc:    Ralph Ferrara, Esquire *(via ECF-Electronic Mail)*
       Kevin Koch, Esquire *(via ECF-Electronic Mail)*

7NT3104