**BROWN & CONNERY, LLP**
Kathleen E. Dohn, Esquire
Kayla L. Louis, Esquire
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH GROSS-QUATRONE, <br><br> Plaintiff, <br><br> vs. <br><br> BONNIE MIZDOL, DIANA MOSKAL, LAURA SIMOLDONI, and JOHN and JANE DOE 1-10 <br><br> Defendants. | Civil Action No. 2:17-cv-13111-SDW-LDW <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM M. TAMBUSSI, ESQUIRE ONLY** |

Kindly withdraw my appearance on behalf of Defendants and terminate all electronic notices to me.

*Kathleen E. Dohn, Esquire and Kayla L. Louis, Esquire will remain counsel for Defendants.*

                                              **BROWN & CONNERY, LLP**
                                              *Attorneys for Defendants*

Dated: June 20, 2024        By: s/William M. Tambussi, Esquire
                                            William M. Tambussi, Esquire
                                            360 Haddon Avenue
                                            Westmont, NJ 08108
                                            (856) 858-8169
                                            (856) 858-4967 (fax)
                                            *wtambussi@brownconnery.com*

7P98668