

UNIT
N

BC: 07101
*3051-00128-18-21
UNABLE TO FORWARD
VACANT
RETURN TO SENDER
NIXIE      076  CC 1      7202/18/25

DV DANIELS NJ 070
1 JUL 2025 PM 6



quadient
FIRST-CLASS MAIL
IMI
$000.69
06/30/2025 ZIP 07101
043M31257646

US POSTAGE

**ANTHONY J. ZARILLO , JR**
**STATE OF NEW JERSEY**
~~OFFICE OF THE ATTORNEY GENERAL~~
~~25 MARKET STREET~~
**2ND FLOOR WEST**
**P.O. BOX** ▓▓▓
**TRENTON, NJ** ▓▓▓



RTS



CLERK
DISTRICT C
OF NEW JE
CEIVED

08625- ▓▓▓



## Utility Events

2:17-cv-13111-ES-LDW GROSS-
QUATRONE v. MIZDOL et al

MEDIATION,RULE16,SCHEDO

CLERK
U.S. DISTRICT COURT
STRICT OF NEW JERSEY
RECEIVED

25 AUG -1 P II: 12

### U.S. District Court

### District of New Jersey [LIVE]

#### Notice of Electronic Filing

The following transaction was entered on 6/27/2025 at 2:57 PM EDT and filed on 6/27/2025

**Case Name:**        GROSS-QUATRONE v. MIZDOL et al
**Case Number:**      2:17-cv-13111-ES-LDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set Deadlines as to [221] MOTION for Summary Judgment. Motion set for 7/21/2025 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (wh)**

**2:17-cv-13111-ES-LDW Notice has been electronically mailed to:**

KATHLEEN ELIZABETH DOHN    kdohn@brownconnery.com, ahodson@brownconnery.com, ddadario@brownconnery.com, jevans@brownconnery.com

KAYLA LUCINDA LOUIS    klouis@brownconnery.com, jevans@brownconnery.com, kmurchison@brownconnery.com

KEVIN J. KOTCH    kkotch@rmh-law.com, lori@ferraralawgp.com, sandy@ferraralawgp.com

MICHAEL JOSEPH MILES    mmiles@brownconnery.com, kmurchison@brownconnery.com

RALPH P. FERRARA    rferrara@kanghaggerty.com, filings@kanghaggerty.com, sgreenland@kanghaggerty.com

SANDRA MARIE GUAGE    sguage@briellelaw.com, kdavis@briellelaw.com

**2:17-cv-13111-ES-LDW Notice has been sent by regular U.S. Mail:**

ANTHONY J. ZARILLO , JR
STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
25 MARKET STREET
2ND FLOOR WEST

P.O. BOX 112
TRENTON, NJ 08625